IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARVEN MALCOM, JR., | ) | |
| | ) | Case No. 4:04CV3100 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES WOOLDRIDGE, II, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court on the plaintiff's Motion for Extension of Time [220] to respond to the defendants' Motion for Summary Judgment.  Therefore,

**IT IS ORDERED:**

1.  The plaintiff's Motion for Extension of Time [220] is granted.

2.  Plaintiff's deadline to file his response to the motion for summary judgment is extended to **May 15, 2006.**

Dated this 20th day of April 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge