IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARVEN MALCOM, JR., ) | |
| ) | 4:04cv3100 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CHARLES A. WOOLDRIDGE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 222, the Motion for Enlargement of Time filed by the plaintiff, Arven Malcom, Jr. Mr. Malcom seeks additional time to respond to filing no. 195, the Motion for Summary Judgment filed by the remaining defendants, Reg Dallman, Colleen J. White, and Charles A. Wooldridge.[1]  The plaintiff shall have until May 12, 2006, as requested, to respond to the defendants' Motion for Summary Judgment by filing a brief and any applicable evidentiary support. Filing no. 195, the Motion for Summary Judgment is taken under advisement until after May 12, 2006, or later, if the plaintiff receives another extension.[2]

SO ORDERED.

DATED this 25th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

---

[1] There are no other pending motions to which the plaintiff may respond. Therefore, the plaintiff's reference to filing no. 197 is denied as moot.

[2] Extensions of time are freely granted in a case with a pro se party.