IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARVEN MALCOM, JR.,                    )
                                      )
              Plaintiff,              )
                                      )          4:04CV3100
       vs.                            )
                                      )          ORDER
CHARLES A. WOOLDRIDGE, et al.,        )
                                      )
              Defendants.             )
                                      )

       This matter is before the court on filing no. 232, the motion for leave to withdraw counsel, filed by the defendants.  Filing no. 232 also seeks leave to substitute Michele Lewon for Jennifer Tomka as counsel on record for the defendants.

       IT THEREFORE IS ORDERED that the motion for leave to withdraw (#232) is granted.  The Clerk shall send Jennifer Tomka a copy of this order, and then remove her from the distribution list for this case.  Michele Lewon will now be the counsel on record for the defendants in this case.

       DATED this 16th day of June, 2006.

                            BY THE COURT:


                            s/F.A. GOSSETT
                            United States Magistrate Judge